

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00203-CV

| | | |
|---|---|---|
| JOSEPH GULLIKSEN, Appellant | § | On Appeal from the 367th District Court |
| v. | § | of Denton County (14-00440-367) |
| | § | May 6, 2021 |
| BEVERLY JO GULLIKSEN A/K/A BEVERLY JO ROSING, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and judgment is rendered that Appellee Beverly Jo Gulliksen a/k/a Beverly Jo Rosing take nothing on her petition.

It is further ordered that appellee Beverly Jo Gulliksen a/k/a Beverly Jo Rosing shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
     Justice Brian Walker